# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) |
|  | )   Case No.   8:23-mj-02468-JSS |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Nowak, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2016. Prior to joining the FBI I was a police officer with St. Charles Police Department in Missouri for six years. As a Special Agent with the FBI, I investigate a variety of criminal violations of federal law including violent crimes. I have previously participated in numerous investigations involving threats and harassment through the use of online platforms. Furthermore, during these and other investigations, I have reviewed evidence received from online platforms and consulted with other agents and law enforcement officers who have seized and/or reviewed evidence from computers and online platforms. As the case agent on this matter, I am fully familiar with the facts of this case.

2. As an FBI Special Agent, I am a federal law enforcement officer of the United States within the meaning of Rule 41, Federal Rules of Criminal Procedure. I am empowered by law to conduct investigations of, and to make arrests for, violations of federal statutes regarding violations of 18 U.S.C. 875(c).

3. This affidavit is submitted in support of a criminal complaint charging ROBERT JACOB TROUT III **("TROUT")** with transmitting threats in interstate or foreign commerce, in violation of 18 U.S.C. 875(c).

4. I have been personally involved in this investigation. This affidavit is also based on information obtained from other law enforcement and government personnel, witness statements, my personal knowledge and observations, and my examination of various reports, documents, electronic data, and other records. Unless otherwise indicated, when contents of a document or individual's statements are reported herein, they are reported in substance and part and are not intended to be a verbatim recitation of the document or statement. All dates listed mean "on or about" that date, and all times listed mean "in or around" that time period. Because this affidavit is being submitted for the limited purpose of establishing probable cause to believe that the above offense has been committed and that **TROUT** committed it, it does not include all of the facts known to me or other law enforcement officers.

## STATUTORY AUTHORITY

5. Title 18 U.S.C. § 875(c) prohibits a person from knowingly transmitting in interstate or foreign commerce any communication containing

a threat to injure the person of another, with the intent to communicate a true threat or with knowledge that it would be viewed as a true threat.

## PROBABLE CAUSE

6.      On or about November 22, 2023, at 1:30 p.m., FBI Miami Division received credible and verifiable information that an imminent threat to life was posted on Instagram on November 20, 2022. Instagram is a social media platform headquartered in Menlo Park, California. The user who posted the threat under account name @live4_r3rok_die4_r3rok posted an approximately 37 second video of several firearms with extended clips with a voice narration of:

> "I'm finna [sic] go to New York and I'm just going to cause havoc on the subway. (Audible laughter). I'm gonna shoot anybody I see on on [sic] that fuckin' train – I'm just gonna walk on that train and start fucking unloading. Two 30s - that's sixty shots; that's sixty people dead. I'm going to walk to Grand Central or some shit and just hit up everybody on the fuckin' train. If you're from New York City, do not take the train on Thursday evening, bro. These are 40s and they are fucking big and dangerous and you will die."

While narrating the video, user @live4_r3rok_die4_r3rok displayed two firearms with extended clips when discussing "two 30s" and provides a close up on the ammunition when saying "these are 40s."

7.      Further investigation, including IP address information and open-source database checks, shows that Instagram user @live4_r3rok_die4_r3rok is very likely registered to **TROUT**, date of birth

3

January 13, 2004, address 225 73rd Ave. N. #316, St. Petersburg, Florida, 33782.  **TROUT** is originally from New York.

8. **TROUT** has a criminal history including aggravated assault, possession of a concealed weapon, resisting arrest without violence, and theft.

9. **TROUT** is currently on bond for Pinellas County case 2023-MM-5331 for carrying a concealed weapon, resisting an officer without violence, and petit theft. His next court hearing is scheduled for November 30, 2023.

10. Open-source database and online searches show several recent postings on Instagram account @live4_r3rok_die4_r3rok, with pictures of **TROUT** promoting himself as a mixed martial arts fighter.  The pictures and promotions on the Instagram account include multiple hashtags and references to gyms, locations, and events that **TROUT** is known to be

4

associated with. Screenshots located via online searches are below.



5





11. On November 22, 2023 law enforcement interviewed at least two people familiar with **TROUT,** and the captioned Instagram account, who

confirmed that **TROUT** was the owner/user of the captioned Instagram account.

## CONCLUSION

12. Based on the foregoing information, I respectfully submit that probable cause exists to believe that **ROBERT JACOB TROUT III** knowingly transmitted in interstate commerce a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

_____
Daniel Nowak
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this __23__ day of November 2023.

_____
HON. JULIE S. SNEED
United States Magistrate Judge

8